IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KEVIN W. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     1:22-cv-397 |
| SHERIFF VAN SHAW, SGT. | ) |
| MATHEW PARIS, JOHN LEWIS, | ) |
| UNKNOWN SHERIFF DEPUTIES | ) |
| AND COURT PERSONALE, | ) |
| CAPTAIN ZEEMAN, and | ) |
| SGT. A. HAYES, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On June 6, 2023 the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 13, 14.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 13), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C § 1915A for failing to state a claim upon which relief may be granted, without prejudice to Plaintiff filing an Amended Complaint within 21 days with sufficient factual assertions to support a

claim for relief against appropriate defendants, as set out in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 2nd day of October, 2023.

/s/ William L. Osteen, Jr.
United States District Judge